1   BESS M. BREWER, #100364
LAW OFFICE OF
2   BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3   Sacramento, CA 95817
Telephone: (916) 454-3111
4   Facsimile: (916) 454-3131

5   Attorneys for Plaintiff

6

7

8

         **IN THE UNITED STATES DISTRICT COURT**

9

         **EASTERN DISTRICT OF CALIFORNIA**

10

11   **SIMONE N. BLACKWELL**     )     **Case No.  CIV. S-08-1454 EFB**
              )
12                )     **STIPULATION AND ORDER**
        **Plaintiff,**     )     **EXTENDING PLAINTIFF'S TIME TO**
13                )     **FILE MEMORANDUM IN SUPPORT**
  **v.**                 )     **OF SUMMARY JUDGMENT**
14                )
  **MICHAEL J. ASTRUE**     )
15   **Commissioner of Social Security**     )
  **of the United States of America,**     )
16                )
        **Defendant.**     )
17                )
  _____)
18

19         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

20   the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment

21   in this case is hereby extended from February 4, 2009, to March 24, 2009. This is Plaintiff's first

22   extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through  mid

23   March 2009.

24

25

26   / / / /

27   / / / /

28   / / / /

                       1

Dated: February 3, 2009

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: February 4, 2009

Lawrence G. Brown
Acting United States Attorney

/s/   *Amita Baman Tracy*
AMITA BAMAN TRACY

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  February 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2