BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIMONE N. BLACKWELL**, <br><br>    **Plaintiff,** <br><br> v. <br><br> **MICHAEL J. ASTRUE** <br> **Commissioner of Social Security** <br> **of the United States of America,** <br><br>    **Defendant.** | Case No. CIV-08-1454 EFB <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended until April 8, 2009. Plaintiff's summary judgment motion was due March 24, 2009, however, due to plaintiff's counsel's illness did not get filed. *See* Declaration of Counsel set forth below.

////

////

////

1

| | |
|---|---|
| Dated: April 1, 2009 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: April 2, 2009 | Lawrence G. Brown <br> Acting United States Attorney |
| | /s/ *Sarah Ryan* <br> SARAH RYAN |
| | Special Assistant U.S. Attorney <br> Social Security Administration |
| | Attorney for Defendant |

**DECLARATION OF BESS M. BREWER**

1. I represent Ms. Blackwell in Case No. CIV-08-1454 EFB pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

2. Plaintiff's summary judgment motion was due March 24, 2009. In addition to an already crowded briefing schedule, I have been fighting off a bronchial infection for the past two weeks and operating at only 10-25% of my normal capacity. Consequently, I fell behind in my work and was not able to complete Ms. Blackwell's summary judgment motion as scheduled.

3. I need until Monday, April 6, 2009, within which to complete Ms. Hardy's summary judgment motion and will not request additional time. I apologize for straining the court's patience with my requests for more time and will try to be more realistic in my requests.

| | |
|---|---|
| Dated: April 1, 2009 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |

| | | |
|---|---|---|
| Dated: April 1, 2009 | | Lawrence G. Brown |
| | | United States Attorney |
| | | /s/  *Amita Baman Tracy* |
| | | AMITA BAMAN TRACY |
| | | Special Assistant U.S. Attorney |
| | | Social Security Administration |
| | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  April 13, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE